IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT EARL TIPPENS, JR., )
)
)
Petitioner, )
v. ) Civil Action No. 3:13CV757–HEH
)
COMMONWEALTH OF VIRGINIA, )
)
Respondent. )

# FINAL ORDER
### (Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Tippens's objections are OVERRULED.
2. The Report and Recommendation is ACCEPTED and ADOPTED.
3. The Motion to Dismiss (ECF No. 40) is GRANTED.
4. Tippens's Motion for Leave to File a Motion to Stay the Enforcement of the State's Judgment (ECF No. 49) and Motion for Release Pending Appellate Review (ECF No. 38) is DENIED.
5. Tippens's Motion to Amend the § 2254 Petition to add a petitioner and a respondent (ECF No. 37) will be DENIED AS MOOT.
6. Tippens's claims and the action are DISMISSED.
7. The Court DENIES a certificate of appealability.

Should Tippens desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Tippens.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 9, 2015
Richmond, Virginia